UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUN 1 4 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,

V.

Cr. No. 05-217 ( PLF/JMF)

ELMER GUERRA,
ODILIO GUERRA,

Defendants.

### DETENTION MEMORANDUM

The Bureau of Immigration and Customs Enforcement having filed a detainer against these defendants, IT IS ORDERED, without objection, that the government's motion for their detention pending trial is granted, provided, however, that the defendants may seek their release, upon conditions, if the detainer against them is lifted.

JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated: 06/13/05