FILED

SEP 23 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No. 05-217 (PLF) |
| v. | Judge Paul L. Friedman |
| ELMER GUERRA,<br>( *aka Elder Guerra*)<br>           Defendant. | |

## STATEMENT OF FACTS IN SUPPORT OF GUILTY PLEA

The essential elements of the crime of Possession with the Intent to Distribute 500 Grams or More of Cocaine and Aiding and Abetting, each of which the Government must prove beyond a reasonable doubt, are:

1.  That the Defendant knowingly and intentionally possessed with the intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance; and

2.  That the amount of said mixture and substance was 500 grams or more; and

3.  Whoever commits such an offense against the United States, or aids, abets, counsels, commands, induces or procures its commission, is punishable as a principal.

Had this case proceeded to trial, the Government's evidence would have shown beyond a reasonable doubt the following:

      Elmer Guerra made arrangements to bring a quantity of cocaine to the District of Columbia from New York. On March 29, 2005, Elmer Guerra spoke with the cooperating witness for his intended buyer about his arrival in the District. That evening, Elmer Guerra and Odilio Guerra arrived in Langley Park and met with another man,

Omar Guerra. The three then met with the cooperating witness. Elmer Guerra then discussed the sale of the cocaine with the cooperating witness.

Elmer Guerra and Omar Guerra then drove to a store on Mount Olivet Road, NE, Washington DC, and Odilio Guerra and the cooperating witness drove separately. Elmer Guerra and Omar Guerra then entered the store with the cooperating witness and met with the purchaser. After some discussion, Elmer Guerra revealed a small amount of cocaine to the purchaser. Elmer Guerra then left the building and returned to the vehicle, where he retrieved 620 grams of cocaine and brought it back to the store. Elmer Guerra sold the cocaine to the purchaser, and then Elmer Guerra and his accomplices were arrested. A search of the vehicle revealed another 1180 grams of cocaine.

Elmer Guerra possessed a total of 1800 grams of cocaine, and Elmer Guerra intended to distribute this cocaine.

Further, the Government would have presented expert testimony that would have shown that the Defendant's possession of the cocaine was with the intent to distribute cocaine.

*Elmer Guerra*
Elmer Guerra (*aka Elder Guerra*)
Defendant

*Elita C. Amato*
Elita C. Amato, Esq.
Counsel for the Defendant

*Carlos F. Acosta*
Carlos F. Acosta
Special Assistant United States Attorney