HONORABLE PAUL L. FRIEDMAN, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
DEC 1 3 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA   :   Docket No.: <u>CR-05-0217</u>

vs.   :   SSN:

Guerra, Elmer   :   Disclosure Date: <u>November 1, 2005</u>

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government
(CHECK APPROPRIATE BOX)
    ( )    There are no material/factual inaccuracies therein.

    ( )    There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____   _____
**Prosecuting Attorney**                                                    **Date**

### For the Defendant
(CHECK APPROPRIATE BOX)
    ( )    There are no material/factual inaccuracies therein.

    (✓)    There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____   _____  11-17-05
**Defendant**       **Date**                                **Defense Counsel**   **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by <u>November 15, 2005</u>, to U.S. Probation Officer <u>LaVerne A. Ebron</u>, telephone number <u>(202) 565-1376</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT
By:   Richard A. Houck, Jr., Chief
      United States Probation Officer

**Receipt and Acknowledgment**                                    Page 2

Release status = Mr. Guerra has been held since his arrest of 3/30/05.

IDENTIFYING INFO = D.O.B. 9-11-1979

Part C
#31 - D.O.B. 9-11-1979

#33 - Mr. Guerra returned back to Guatemala. He did not come back to the USA until 2003.

Signed by: _____
(Defendant/Defense Attorney/AUSA)

Date: 11-17-05