**HONORABLE PAUL L. FRIEDMAN, UNITED STATES DISTRICT JUDGE**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :    Docket No.: <u>CR-05-0217</u>

                 : 

        vs.               :    SSN:

                 :

Guerra, Elmer           :    Disclosure Date: <u>November 1, 2005</u>

**FILED**

**DEC 1 3 2005**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### RECEIPT AND ACKNOWLEDGMENT OF
### PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the
Presentence Investigation Report (PSR) in the above-entitled case. The undersigned
further acknowledges that:

#### For the Government

(CHECK APPROPRIATE BOX)

    ( ✓ )    There are no material/factual inaccuracies therein.

    ( )    There are material/factual inaccuracies in the PSI report as set forth in the
         attachment herein.

_____      11/7/05

**Prosecuting Attorney**                              **Date**

#### For the Defendant

(CHECK APPROPRIATE BOX)

    ( )    There are no material/factual inaccuracies therein.

    ( )    There are material/factual inaccuracies in the PSI report as set forth in the
         attachment.

_____    _____    _____    _____

**Defendant**                 **Date**                 **Defense Counsel**         **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material
inaccuracies or disputes in writing by <u>November 15, 2005</u>, to U.S. Probation Officer
<u>LaVerne A. Ebron</u>, telephone number <u>(202) 565-1376</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of
the Attorney for the Government and the Defense Counsel to provide each other with a
copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:    Richard A. Houck, Jr., Chief
       United States Probation Officer